[No. 40732-5-I.    Division One.    April 12, 1999.]

ANTHONY L. PUTNAM, *Respondent*, v. THE STATE OF WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00274-0, Paul D. Hansen and Gerald L. Knight, JJ., entered April 21, 1997. *Reversed* by unpublished per curiam opinion.

[No. 41018-1-I.    Division One.    April 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KAO FOW SAECHAO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-03934-5, LeRoy McCullough, J., entered July 21, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41023-7-I.    Division One.    April 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES JOSEPH DUANE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00855-3, Bobbe J. Bridge, J., entered July 15, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 41536-1-I.    Division One.    April 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. IRA J. WOOLFOLK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01684-0, David F. Hulbert, J., entered October 20, 1997. *Reversed* by unpublished opinion per Webster, J., concurred in by Becker and Appelwick, JJ. Now published at 95 Wn. App. 541.